TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-02649

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: February 17, 2011**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lana S. Cloud<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br>Lana S. Cloud, Debtor, Brian J. Mullen, Trustee.<br>        Respondents. | No. 2:11-BK-00213-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 22, 2004 and recorded in the office of the San Diego County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Lana S. Cloud has an interest in, further described as:

> PARCEL 1:
> AN UNDIVIDED ONE SEVENTY-FOUR (1/74TH) INTEREST AS TENANT IN COMMON IN LOTS 34 THROUGH 45, INCLUSIVE, IN BLOCK 256 OF UNIVERSITY HEIGHTS, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO AMENDED MAP THEREOF MADE BY G. A. D'HEMECOURT IN BOOK 8, PAGE 36, ET SEQ OF LIS PENDENS, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY.
>
> ALSO ALL THAT PORTION OF THE WEST 10 FEET OF FLORIDA STREET, LYING EAST OF AND ADJOINING SAID LOTS, AS VACATED AND CLOSED TO PUBLIC USE ON JUNE 5, 1911, BY RESOLUTION NO. 8692 AND OCTOBER 9, 1911 BY RESOLUTION NO. 9365 OF THE COMMON COUNCIL OF THE CITY OF SAN DIEGO.
>
> EXCEPTING THEREFROM THE FOLLOWING:
>
> (A) ALL LIVING UNITS AS SHOWN UPON THE AMENDED CONDOMINIUM PLAN OF CORAL RIDGE CONDOMINIUMS RECORDED JULY 5, 1988 AS FILE NO. 88-324542 OF OFFICIAL RECORDS OF SAN DIEGO COUNTY.
>
> (B) THE EXCLUSIVE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED AS EXCLUSIVE USE COMMON AREA BALCONY, PATIO, STORAGE AND PARKING SPACE AND SHOWN UPON THE CONDOMINIUM PLAN ABOVE REFERRED TO.
>
> ALSO EXCEPTING THEREFROM, ALL MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL UNDERGROUND WATER IN OR UNDER OR WHICH MAY BE PRODUCED FROM SAID LAND WHICH UNDERLIE A PLANE PARALLEL TO AND 500 FEET BELOW THE PRESENT SURFACE OF SAID LAND FOR THE PURPOSE OF PROSPECTING FOR, THE EXPLORATION, DEVELOPMENT, PRODUCTION, EXTRACTION, AND TAKING OF SAID MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND WATER FROM SAID LAND BY MEANS OF MINES, WELLS, DERRICKS OR OTHER EQUIPMENT FROM SURFACE LOCATIONS ON ADJOINING OR NEIGHBORING AND OR LYING OUTSIDE OF THE ABOVE DESCRIBED LAND, IT BEING UNDERSTOOD THAT THE OWNER OF SUCH MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND WATER, AS SET FORTH ABOVE, SHALL HAVE NO RIGHT TO ENTER UPON THE SURFACE OR ANY PORTION THEREOF ABOVE SAID PLANE PARALLEL TO AND 500 FEET BELOW THE PRESENT SURFACE OF SAID LAND FOR ANY PURPOSE WHATSOEVER.
>
> PARCEL 2:
>
> LIVING UNIT NO. C-119, CONSISTING OF CERTAIN AIR SPACE AND ELEMENTS AS SHOWN AND DESCRIBED IN THE AMENDED CONDOMINIUM PLAN (PLAN) FOR CORAL RIDGE CONDOMINIUMS, WHICH PLAN WAS RECORDED ON JULY 5, 1988 AS FILE NO. 88-324542 OF OFFICIAL RECORDS OF SAN DIEGO COUNTY, CALIFORNIA.

PARCEL 3:

THE EXCLUSIVE RIGHT TO POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF LOTS 34 THROUGH 45, INCLUSIVE, DESCRIBED IN PARCEL 1 ABOVE, DESIGNATED AS EXCLUSIVE USE COMMON AREA BALCONY, PATIO AND STORAGE AND ARE APPURTENANT TO THE LIVING UNIT BEARING THE SAME NUMBER AS PARCEL 2 ABOVE.

PARCEL 4:

THE EXCLUSIVE RIGHT TO POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF LOTS 34 THROUGH 45, INCLUSIVE, DESCRIBED IN PARCEL 1 ABOVE, DESIGNATED AS EXCLUSIVE USE COMMON AREA PS-42 AS APPURTENANT TO PARCELS 1 AND 2 ABOVE DESCRIBED.

PARCEL 5:

A NON-EXCLUSIVE EASEMENT ON AND OVER THE "COMMON AREA" AS DEFINED IN THE "DECLARATION" FOR ACCESS, USE, OCCUPANCY, ENJOYMENT, INGRESS AND EGRESS OF THE AMENITIES LOCATED THEREON, SUBJECT .TO THE TERMS AND PROVISIONS OF SUCH DECLARATION. THIS EASEMENT IS APPURTENANT TO PARCEL 2 ABOVE DESCRIBED. THE COMMON AREAS IS FOR THE USE OF OWNERS OF CONDOMINIUMS WHICH ARE SUBJECT TO THE DECLARATION AND IS NOT FOR THE USE OF THE GENERAL PUBLIC.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.